# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR 2 2 0    0 5 3 |
| | ) | |
| v. | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| PAULINA SALAZAR, | ) | Re-entry After Removal/Deportation |
| A/K/A PAULINA CRUZ-LOPEZ | ) | |
| | ) | |
| | ) | |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Re-entry After Removal/Deportation*
8 U.S.C. § 1326(a)

On or about September 16, 2020 in Glynn County, within the Southern District of Georgia, the defendant,

### PAULINA SALAZAR,
### A/K/A PAULINA CRUZ-LOPEZ,

being an alien previously excluded, deported, and removed from the United States, was found unlawfully in the United States in Glynn County, Georgia, without first having obtained the consent of the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to reapply for admission to the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a).

*Signatures on following page*

A True Bill.

_____
Bobby L. Christine
United States Attorney

_____
Alejandro V. Pascual IV
Assistant United States Attorney
Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Joseph P. McCool
Assistant United States Attorney
Co-lead Counsel